## YOUNG *v.* THE STATE.

LITTLE, J. The evidence as a whole, though circumstantial, was sufficient to exclude every reasonable hypothesis except that the accused, in connection with others, was guilty of the offense of which he was convicted. This being so, and all the special grounds of the motion for a new trial having been in this court abandoned, the judgment overruling the motion for a new trial must be *Affirmed. All the Justices concurring, except Cobb, J., absent.*

Submitted February 18, — Decided February 26, 1901.

Indictment for murder. Before Judge Reagan. Henry superior court. January 5, 1901.

*E. M. Smith,* for plaintiff in error. *J. M. Terrell, attorney-general,* and *O. H. B. Bloodworth, solicitor-general,* contra.